# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2948 Disciplinary Docket No. 3 |
| | : |
| JAMES F. LOGUE | : No. 20 DB 2023 |
| | : |
| | : (Court of Common Pleas of York |
| | : County, CP-67-0002430-2007, CP-67- |
| | : MD-0002768-2020, CP-67-CR-0002948- |
| | : 2020; Court of Common Pleas of |
| | : Somerset County, CP-56-CR-0000774- |
| | : 2008; Court of Common Pleas of |
| | : Lancaster County, CP-36-CR-0003597- |
| | : 2020) |
| | : |
| | : Attorney Registration No. 202170 |
| | : |
| | : (York County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 31st day of March, 2023, Respondent's Leave to File Response is granted, and the Rule to Show Cause issued by this Court on February 15, 2023, is discharged.